Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

ROBERT ALLEN WITHERSPOON

CASE NO: 12-10373-RLJ-13
HEARING DATE:  10/30/2013
HEARING TIME:  11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 015 0 U | CHASE | $4,952.00 | 016 0 U | CHASE | $12,477.00 |
| 017 0 U | DATATRAC-SENECK MATHE | $552.00 | 019 0 U | ENHANCED RECOVERY CORP | $323.00 |
| 021 0 U | GEMB/LOWES | $280.00 | | | |

**II.**
**SPECIFIC OBJECTIONS**
No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | CITIFINANCIAL RETAIL SERVICES | LIVING ROOM SET | | $3,500.00 | 10.00% | 60 | $49.97 PAID BY TRUSTEE |
| | No claim filed. No payment shall be made until a proof of claim is filed! | | | | | | |
| 009 0 | STATE FARM BANK FSB | 2008 CHRYSLER TOWN & COUNTRY | $18,803.04 | $19,375.66 | 7.00% | 60 | $406.72 PAID BY TRUSTEE |
| 010 0 | FORD MOTOR CREDIT COMPANY | 2009 FORD EXPLORER | $22,604.04 | $22,775.71 | | | PD DIRECT BY DEBTOR |
| 011 0 | TAYLOR CO CENTRAL APPRAISAL DISTRICT | PROPERTY TAXES | $0.00 | $164,183.00 | | | PD DIRECT BY DEBTOR |
| 012 0 | BANK OF AMERICA | DIRECT PMTS BEGIN 1-2013 | $137,906.36 | $159,900.93 | | | PD DIRECT BY DEBTOR |
| 031 0 * | BANK OF AMERICA | HOME ARREARS THROUGH 12/12 | $15,657.05 | $159,900.93 | 6.25% | 60 | $365.53 PAID BY TRUSTEE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 013 0 U | PRA RECEIVABLES MANAGEMENT *PURCHASES/ASSOCIATES BANK* | $15,240.52 | 014 0 U | PRA RECEIVABLES MANAGEMENT *PURCHASES/BANK OF AMERICA* | $8,037.16 |
| 018 0 U | DISCOVER FINANCIAL SERVICES *PURCHASES* | $13,345.46 | 020 0 U | PRA RECEIVABLES MANAGEMENT *PURCHASES/BELK GEMONEY BANK* | $386.30 |
| 022 0 U | PRA RECEIVABLES MANAGEMENT *PURCHASES/SEARS* | $7,942.94 | | | |

| 036 0 U * | BECKET & LEE LLP | $6,661.71 | 040 0 U * | PRA RECEIVABLES MANAGEMENT | $1,938.73 |

*PURCHASES/STATE FARM BANK*            *PURCHASES/CITICORP NATIONAL CAPITAL MGM*
*Not provided for in confirmed plan.*            *Not provided for in confirmed plan.*

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Debtor shall pay 3 payments of $625.00 beginning 1/17/2013. Then Debtor shall pay 7 payments of $725.00 beginning 4/17/2013. Then Debtor shall pay 50 payments of $914.00 beginning 11/17/2013 for a total of $52,650.00.

/s/ Walter O'Cheskey
_____

Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 10/30/2013 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   8/29/2013 /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ASSOCIATES CITIBANK ATTN CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
BANK OF AMERICA NA 400 COUNTRYWIDE WAY MAIL STOP SV-46 SIMI VALLEY CA 93065
BANK OF AMERICA PO BOX 15026  WILMINGTON DE 19850
BANK OF AMERICA PO BOX 660933  DALLAS TX 75266
BARRETT DAFFIN FRAPPIER TURNER & ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
BOERNER DENNIS & FRANKLIN PLLC PO BOX 1738  LUBBOCK TX 79408
CHASE PO BOX 15298  WILMINGTON DE 19850
CITIFINANCIAL RETAIL SERVICES PO BOX 140489  IRVING TX 75014
DATATRAC-SENECK MATHE 109 EDGEBROOK DR  ANDERSON SC 29621
DISCOVER FIN SVCS LLC PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
ELAINE WITHERSPOON 373 COTTON CANDY RD  ABILENE TX 79602
ENHANCED RECOVERY CORP ATTN CLIENT SERVICES 8014 BAYBERRY RD JACKSONVILLE FL 32256
FORD MOTOR CREDIT COMPANY DRAWER 55-953   CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275  DEARBORN MI 48121
FORD MOTOR CREDIT CORPORATION NATIONAL BANKRUPTCY CENTER PO BOX 537901 LIVONIA MI 48153
GEMB/LOWES ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GEMB-BELK PO BOX 981491  EL PASO TX 79998
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269  ROUND ROCK TX 78680
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 12914  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
ROBERT ALLEN WITHERSPOON 373 COTTON CANDY RD  ABILENE TX 79602
SEARS/CBSD 701 EAST 60TH ST N  SIOUX FALLS SD 57104
STATE FARM BANK FSB ATTN  BCC BANKRUPTCY PO BOX 2328 BLOOMINGTON IL 61702
STATE FARM FNCL SVCS F ATTN LOAN SERVICING PO BOX 5961 MADISON WI 53705
TAYLOR BEAN & WHITAKE ATTN: BANKRUPTCY 1417 N MAGNOLIA AVE OCALA FL 34475
TAYLOR CO CENTRAL APPRAISAL DISTRICT 1534 SOUTH TREADWAY BLVD  ABILENE TX 79602
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
```