BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Robert Allen Witherspoon   Case No.: 12–10373–rlj13  
   Chapter No.: 13  
373 Cotton Candy Rd.  
Abilene, TX 79602  
   Debtor(s)

# NOTICE OF FILING OF PROOF OF CLAIM

In accordance with Bankruptcy Rule 3004, notice is hereby given that on 9/4/2013 a Proof of Claim was filed by the debtor on behalf of Citifinancial Retail Services in the total amount of $2098.00.

A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442–6850.

DATED: 9/5/13

FOR THE COURT:  
Tawana C. Marshall, Clerk of Court

by: /s/D. Moroles, Deputy Clerk